UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,
    Plaintiff,

vs.                                       CASE NO. 8:04-CIV-2450-T-17-MAP

JENNIFER GARVER, et al.,
    Defendants.
_____/

### ORDER

This cause is before the Court on the motion to stay cause and compel arbitration (Docket No. 138). The movant, The Estate of Hani Boutros, requests this Court to cancel the trial now scheduled on a calendar starting September 5, 2006, and require the parties to arbitrate this case. The parties outside of the purview of the Court seem to have agreed to arbitrate this case, even though the Court ordered mediation, not arbitration, in this case in 2005. The Court notes that the mediation was conducted, with a stated outcome of "continued", on October 31, 2005. There is no further indication that the parties continued to pursue the Court ordered mediation. Now with a trial scheduled the movant asks the Court to enforce supposed arbitration agreements. The Court do not find these agreements binding on this Court. Accordingly, it is

**ORDERED** that the motion to stay cause and compel arbitration (Docket No. 138) be **denied**. However, the parties are free to pursue arbitration between now and when this case is called for trial.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of August, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record